```
BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHON STEPHENS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SHON STEPHENS,<br><br>             Defendant. | No.  CR S-05-0081 LKK<br><br>STIPULATION AND ORDER |

       The defendant, Shon Stephens, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that the status conference set for May 3, 2005 at 9:30 a.m., before this Court should be rescheduled for May 24, 2005 at 9:30 a.m., and in support of this stipulation would show the Court that the defense and the government are in the process of trying to resolve this case without a trial and need the additional time to determine if the proposal that the defense has made is satisfactory to the government. Therefore, the defense and the government request the Court to set a further status conference on May 24, 2005 at 9:30 a.m., and to exclude the time from May 3, 2004 to May 24, 2005 from the calculation of the time within which a trial must commence pursuant to 18 United States Code, Section 3161(h)(8)(A), (B)(i), and (ii) to prevent a miscarriage of justice and to give defense counsel reasonable time for effective preparation.

       Counsel for the government concurs and joins in this request and has authorized defense counsel to sign this Stipulation and Order for her.

| | |
|---|---|
| April 29, 2005 |     /S/ BRUCE LOCKE<br>BRUCE LOCKE<br>Attorney for Defendant |
| | |
| April 29, 2005 |   /S/ BRUCE LOCKE FOR<br>ANNE PINGS<br>Attorney for the United States |

IT IS SO ORDERED.

DATED:  April 29, 2005              /s/Lawrence K. Karlton
                                                      UNITED STATES DISTRICT JUDGE