McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SHON STEPHENS, <br> Defendant. | CR. NO. S-05-0081-LKK <br><br> ORDER <br> SETTING STATUS HEARING DATE <br> AND EXCLUDING TIME |

Based upon request of the parties and representations made in open court on May 24, 2005, IT IS HEREBY ORDERED:

This matter is set over for status hearing on June 1, 2005;

The Court finds that the ends of justice will be served by allowing defendant's counsel time to review the discovery with his client, to conduct further investigation into the defendant's criminal history in order to accurately advise him of his options, and to prepare the case in a manner he believes necessary to provide effective representation of his client.

The Court further finds that the ends of justice served by granting the defendant's counsel time to diligently prepare outweigh the best interest of the defendant and the public in a speedy trial.

1  //

4  Accordingly, the Court orders that time shall be excluded until
5  June 1, 2005, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv)
6  (T-4 / preparation of counsel).

8  Dated: May 27, 2005                /s/Lawrence K. Karlton
                                      HON. LAWRENCE K. KARLTON
9                                     UNITED STATES DISTRICT JUDGE