BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHON STEPHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR S-05-0081 lkk |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| SHON STEPHENS, | ) | |
| Defendant. | ) | |

The defendant, Shon Stephens, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that the status conference set for June 1, 2005 at 9:30 a.m., before this Court should be rescheduled for June 14, 2005 at 9:30 a.m., and in support of this stipulation would show the Court that the defense and the government are in the process of resolving this case without a trial and need the additional time to determine if the proposal that the defense has made is satisfactory to the government. Therefore, the defense and the government request the Court to set a further status conference on June 14, 2005 at 9:30 a.m., and to exclude the time from June 1, 2005 to June 14, 2005 from the calculation of the time within which a trial must commence pursuant to 18 United States Code, Section 3161(h)(8)(A), (B)(i), and (ii) to prevent a miscarriage of justice and to give defense counsel reasonable time for effective preparation.

Counsel for the government concurs and joins in this request and has authorized defense counsel to sign this Stipulation and Order for her.

1

May 27, 2005                                /S/ BRUCE LOCKE
                                            BRUCE LOCKE
                                            Attorney for Defendant


May 27, 2005                                /S/ BRUCE LOCKE FOR
                                            ANNE PINGS
                                            Attorney for the United States


    IT IS SO ORDERED.

DATED: May 27, 2005                         /s/ Lawrence K. Karlton
                                            LAWRENCE K. KARLTON
                                            UNITED STATES DISTRICT JUDGE

2