BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SHON STEPHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR S-05-0081 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING THE STATUS |
| v. | ) | CONFERENCE FROM JUNE 14, 2005 |
| | ) | TO JULY 19, 2005 |
| SHON STEPHENS, | ) | |
| | ) | |
| Defendant. | ) | |
|  | ) | |

The defendant, Shon Stephens, by and through his undersigned attorney, and the United States, through its undersigned attorney, hereby stipulate that the status conference set for June 14, 2005 at 9:30 a.m., before this Court should be rescheduled for July 19, 2005 at 9:30 a.m., and in support of this stipulation would show the Court that the defense and the government are in the process of resolving this case without a trial and need the additional time to determine if the proposal that the defense has made is satisfactory to the government. Therefore, the defense and the government request the Court to set a further status conference on July 19, 2005 at 9:30 a.m., and to exclude the time from June 14, 2005 to July 19, 2005 from the calculation of the time within which a trial must commence pursuant to 18 United States Code, Section 3161(h)(8)(A), (B)(i), and (ii) to prevent a miscarriage of justice and to give defense counsel reasonable time for effective preparation.

Counsel for the government concurs and joins in this request and has authorized defense counsel to sign this Stipulation and Order for her.

| | |
|---|---|
| June 8, 2005 | /S/ BRUCE LOCKE |
| | BRUCE LOCKE |
| | Attorney for Defendant |

| | |
|---|---|
| June 8, 2005 | /S/ BRUCE LOCKE FOR |
| | ANNE PINGS |
| | Attorney for the United States |

IT IS SO ORDERED.

| | |
|---|---|
| DATED: June 8, 2005 | /s/ Lawrence K. Karlton |
| | LAWRENCE K. KARLTON |
| | UNITED STATES DISTRICT JUDGE |

2