DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHON LEE STEPHENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 05-81 LKK |
|---|---|
| Plaintiff, | ) **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | ) |
| SHON LEE STEPHENS, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) Date: June 3, 2008 |
| | ) Time: 9:30 a.m. |
| | ) Judge: Hon. LAWRENCE K. KARLTON |

    This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on April 17, 2008. The motion was set for hearing on June 3, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

    The parties agree, and the Court finds, that Mr. Stephens is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 23 to 21.

    IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term 77 months on all counts;

    IT IS FURTHER ORDERED that all other terms and provisions of the

1  original judgment remain in effect.
2      Unless otherwise ordered, Mr. Stephens shall report to the United
3  States Probation office closest to the release destination within
4  seventy-two hours after his release.
5  Dated:   April 18, 2008

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

ORDER REDUCING SENTENCE
-2-