# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| **SHON LEE STEPHENS** ) | Case No: 2:05CR00081-01 |
| ) | USM No: 15613-097 |
| Date of Previous Judgment: September 27, 2005 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ✔ the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ❐ DENIED.  ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  92  months **is reduced to**  *77 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 23                         Amended Offense Level: 21
Criminal History Category: VI                    Criminal History Category: VI
Previous Guideline Range: 92 to 115 months   Amended Guideline Range: 77 to 96 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
✔ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**
* The defendant's previously imposed sentence of imprisonment of 92 months is reduced to 77 months on each count to run concurrently for a total term of 77 months.

Except as provided above, all provisions of the judgment dated  09/27/2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 22, 2008

_Judge's signature_

Effective Date: _____     Lawrence K. Karlton, United States District Judge
(if different from order date)                          Printed name and title