**FILED**

JAN 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHON LEE STEPHENS,

    Defendant.

_____/

CR. S-05-0081 LKK

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHON LEE STEPHENS</u>, Case No. <u>CR. S-05-0081 LKK</u>, Charge <u>18 U.S.C. 3606</u>, from custody subject to the conditions as stated in open Court on January 18, 2012:

    _X_ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ [ ]

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

1       __X__    (Other) [The defendant to remain on Supervised Release, and appear in court on April 17, 2012, at 9:15 AM in Courtroom #4, for a Status Conference regarding defendant's progress].

Issued at Sacramento, CA on January 18, 2012 at 9:30 p.m.

Dated:    January 18, 2012

                                           LAWRENCE K. KARLTON
                                           UNITED STATES DISTRICT JUDGE

STEPHENS, SHON LEE release order.wpd            2