# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **SHON LEE STEPHENS** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: **2:05CR00081-01** |
| | Bruce Locke, Appointed |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges 1 and 2 as alleged in the violation petition filed on 1/18/2012; and charges 1, 2 and 3 as alleged in the violation petition filed on March 20, 2012.

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on September 27, 2005.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 10, 2012
Date of Imposition of Sentence

*/s/ Lawrence K. Karlton*

Signature of Judicial Officer

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

4/13/2012
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet I
Case 2:05-cr-00081-LKK   Document 57   Filed 04/13/12   Page 2 of 3

Judgment - Page 2 of 3

CASE NUMBER: 2:05CR00081-01
DEFENDANT: SHON LEE STEPHENS

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Use of Illegal Controlled Substance **(Petition filed on 1/18/2012)** | 10/21/2011, 11/10/2011, and 12/16/2011 |
| 2 | Failure to Participate in Substance Abuse Testing **(Petition filed on 1/18/2012)** | 11/4/2011, 11/11/2011, 12/12/2011, 12/13/2011, and 12/14/2011 |
| 1 | Use of Illegal Controlled Substance **(Petition filed on 3/20/2012)** | 1/19/2012, 2/22/2012, and 2/23/2012 |
| 2 | Failure to Participate in Substance Abuse Testing **(Petition filed on 3/20/2012)** | 2/14/2012, 2/15/2012, 2/16/2012, and 2/27/2012 |
| 3 | Failure to Participate in Substance Abuse Treatment **(Petition filed on 3/20/2012)** | 2/21/2012 |

| | | |
|---|---|---|
| CASE NUMBER: | 2:05CR00081-01 | Judgment - Page 3 of 3 |
| DEFENDANT: | SHON LEE STEPHENS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 months .

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___ .
       [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___ .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
       Deputy U.S. Marshal